■ CHARLENE M. MURPHY, Respondent, v THOMAS R. MURPHY, Appellant. [893 NYS2d 798]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), dated March 4, 2009 in a divorce action. The order, among other things, denied defendant's cross motion seeking to terminate the spousal maintenance provisions contained in the judgment of divorce.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.